SCAN

cc: AUSA
DFPD
marshal
probation

1  THOMAS P. O'BRIEN
   United States Attorney
2  GEORGE S. CARDONA (Cal. Bar No. 135439)
   Chief Assistant United States Attorney
3  CHRISTINE C. EWELL
   Assistant United States Attorney
4  Chief, Criminal Division
        United States Courthouse
5       312 North Spring Street, 12th Floor
        Los Angeles, California 90012
6       Telephone: (213) 894-8323
        Facsimile: (213) 894-2535
7  Attorneys for Plaintiff
   United States of America



FILED
CLERK, U.S. DISTRICT COURT
APR 21 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       ) CR No. 01-1334-R
                                )
         Plaintiff,             ) [PROPOSED] ORDER RE: REDUCTION
                                ) OF SENTENCE PURSUANT TO 18
     v.                         ) U.S.C. § 3582(C)(2)
                                )
AARON WAYNE EDMOND,             )
                                )
         Defendant.             )
                                )
                                )

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10 (as effective March 3, 2008), after a motion by the government pursuant to 18 U.S.C. § 3553(e) (based on the facts outlined in its original sentencing position in this case) to permit the court to impose a sentence below the otherwise applicable 120 month statutory mandatory minimum sentence, and after consideration of the factors set forth in 18 U.S.C. § 3553(a), including considerations of public safety and the nature of defendant's post-sentencing conduct, that defendant's sentence of imprisonment shall be reduced from 121 months to 100 months. If this reduced sentence is less than the amount of time the defendant has already served, defendant's total sentence of

imprisonment shall be reduced to time served. All other terms of the sentence originally imposed on defendant shall remain the same.

IT IS FURTHER ORDERED that this order shall be void and without effect if, at any time prior to defendant's release, either the Sentencing Commission or Congress takes action that renders Amendment 706 to the sentencing guidelines no longer retroactive in application.

DATED: April 21, 2008

_____
HON. MANUEL L. REAL
United States District Judge

Presented by:

     /s/
_____
George S. Cardona
Chief Assistant United States Attorney
    Attorney for Plaintiff
    United States of America


     /s/
_____
Reuven Cohen
Deputy Federal Public Defender
    Attorney for Defendant
    Aaron Wayne Edmond

 

**Civil** • **Criminal** • **Query** • **Reports** • **Utilities** • **Logout**

# Notices

2:01-cr-01334-R USA v. Edmond
CLOSED

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by Cardona, George on 4/16/2008 at 1:26 PM PDT and filed on 4/16/2008
**Case Name:** USA v. Edmond
**Case Number:** 2:01-cr-1334
**Filer:** USA
**Document Number:** 42

**Docket Text:**
NOTICE OF LODGING filed by Plaintiff USA as to Defendant Aaron Wayne Edmond (Attachments: # (1) Proposed Order Re: Reduction of Sentence Pursuant to 18 U.S.C. 3582(c))(Cardona, George)


**2:01-cr-1334-1 Notice has been electronically mailed to:**

Jean M Mohrbacher     USACAC.Criminal@usdoj.gov

**2:01-cr-1334-1 Notice has been delivered by First Class U. S. Mail or by fax to: :**

Efrem A Clark
Efrem A Clark Law Offices
4050 Buckingham Rd, Ste 200
Los Angeles, CA 90008-2349


The following document(s) are associated with this transaction:

**Document description:**
Main Document

**Original filename:**
N:\gcardona\Criminal Division\crack cocaine\crackcocaine.edmond.noticeoflodging.20080416.pdf

**Electronic document Stamp:**

[STAMP cacdStamp_ID=1020290914 [Date=4/16/2008] [FileNumber=5699027-0]
[1f6fe5967aebdee6abb3a0a808925a346d124835ec7eb2741420f03cab2e8564ad7e
595631d02a445687bd4bb6c6e4f777fc6f3a7182a5365800af2424a10edb]]

**Document description:** Proposed Order Re: Reduction of Sentence Pursuant to 18 U.S.C. 3582(c)
**Original filename:** N:\gcardona\Criminal Division\crack cocaine\crackcocaine.edmond.order.20080416.pdf
**Electronic document Stamp:**

[STAMP cacdStamp_ID=1020290914 [Date=4/16/2008] [FileNumber=5699027-1]
[49ead04ca32db5c1fbd6a3b019702878ff4428b5d4ebbab8992194fdba2176841787
dee661f8a49601c6f36a859c7b75cbcb45a481ab358b1fd1ccd237924389]]